UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KERRY CARTER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06CV1301 CDP |
| | ) | |
| TROY STEELE, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM AND ORDER**

This matter is before me on the petition of Kerry Carter for a writ of habeas

corpus under 28 U.S.C. § 2254. I referred this matter to United States Magistrate

Judge David D. Noce for a report and recommendation on all dispositive and non-

dispositive matters pursuant to 28 U.S.C. § 636(b)(1). On May 20, 2009, Judge

Noce filed his recommendation that the petition of Mr. Carter for a writ of habeas

corpus be denied. The Petitioner has not filed any objections, and his time for

doing so has expired.

After careful consideration, I will adopt and sustain the thorough reasoning

of Magistrate Judge Noce set forth in support of his Report and Recommendation

of May 20, 2009.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge [# 13] be adopted in its entirety, and the petition of Kerry Carter for a writ of habeas corpus [#2] be **DISMISSED** without further proceedings.

**IT IS FURTHER ORDERED** that no certificate of appealability will be issued, as none of the grounds raised present issues on which reasonable jurists could differ.

A separate judgment will be entered this same date.

 

 

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 18th day of June, 2009.